# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARK KELLER,<br><br>        Defendant. | Case No. 1:14-mj-00133-SAB<br><br>ORDER ADVANCING ARRAIGNMENT<br><br>(ECF No. 5) |

Pursuant to the stipulation of the parties, and good cause showing, IT IS HEREBY ORDERED that Defendants' arraignment set for August 21, 2014 at 9:00 a.m. is ADVANCED to August 7, 2014 at 10:00 a.m. in Courtroom 10.

IT IS SO ORDERED.

Dated: **August 5, 2014**

UNITED STATES MAGISTRATE JUDGE

1